UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No. CV 19-2021-MWF (FFMx)　　　　Date: March 29, 2019
Title:　　The Bank of New York Mellon v. Neeta Paresh Vora, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**　　ORDER REMANDING ACTION TO STATE COURT

On May 1, 2018, Plaintiff Bank of New York Mellon filed a Verified Complaint for Unlawful Detainer in the Los Angeles County Superior Court. (Notice of Removal ("NoR"), Ex. A ("Complaint") (Docket No. 1)). On March 19, 2019, Defendants Neeta Paresh Vora, Paresh Vora, and Disha Vora removed this action to this Court. (NoR ¶ 1). On March 21, 2019, Defendants filed a Notice of Related Cases indicating that this action is identical to *Bank of New York Mellon v. Neeta Paresh Vora, et al.* ("*Vora I*"), No. CV 19-2020-MWF (FFMx), but that counsel inadvertently typed "[D]efendants' names first into the system when creating [*Vora I*]." (Docket No. 5).

While this action is duplicative of *Vora I*, the proper procedure is for the Court to remand this action to Superior Court for the same reasons previously discussed. Accordingly, the Court **REMANDS** this action to the Los Angeles County Superior Court.

IT IS SO ORDERED.

---

**CIVIL MINUTES—GENERAL**　　　　1